# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Martinez Orlandis Black,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:09cv121

DECISION BY COURT. This action having come before the Court by Motion to Vacate and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/24/2009 Order.

Signed: April 27, 2009

Frank G. Johns, Clerk
United States District Court